**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| JACK M. ERICK | ) | BANKRUPTCY CASE NUMBER 09-13314 |
| JOAN L. ERICK | ) | CHAPTER 7 |
| | ) | |
| DEBTORS. | ) | |

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee, Yvette Gaff Kleven, and advises that dividends to the below-listed creditors were less than $5.00 each:

| | | |
|---|---|---|
| CLAIM # 13 | FIA Card Services, NA<br>American Infosource LP, Agent<br>Post Office Box 248809<br>Oklahoma City, OK 73124-8809 | $ 2.33 |
| CLAIM # 17 | Capital Recovery III<br>c/o Recovery Management Systems<br>25 SE 2nd Avenue, Suite 1120<br>Miami, Florida   33131 | $ 3.55 |

**TOTAL:   $ 5.88**

Respectfully submitted,

_____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:   260 / 407-7000
ygk@sak-law.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 21st day of July, 2011, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to: the United States Trustee, at USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to the Creditors listed above at the addresses indicated.

                                              ____/s/ Yvette Gaff Kleven_____
                                              Yvette Gaff Kleven